AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ DC
MAR - 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE RAMIREZ | ) Case No. 11-8072-LRJ |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 8, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | Re-entry after Deportation |

This criminal complaint is based on these facts:

an alien, having previously been removed from the United States on or about on January 24, 2008, was found in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202 (3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States,

☑ Continued on the attached sheet.

_____
Complainant's signature

Deportation Officer ANDY KORZEN, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: __03/03/2011__

_____
Judge's signature

City and state: __West Palm Beach, Florida__

Hon. LINNEA R. JOHNSON
Printed name and title

## UNITED STATES v. JOSE RAMIREZ

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over seven years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that **Jose RAMIREZ** committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On February 8, 2011, an individual identifying himself as Jose L Ramirez was arrested in Palm Beach County, Florida on charges of aggravated battery. He was booked and detained at Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States.

1

4. On or about February 14, 2011, your affiant received the immigration file bearing control number A88 088 528 corresponding to **Jose RAMIREZ.** Original records within this alien file assigned to **Jose RAMIREZ** show that he is a native and citizen of Mexico. Records further show that on or about January 17, 2008, **Jose RAMIREZ** was ordered removed from the United States. The Order of Removal was executed on or about January 24, 2008, whereby **Jose RAMIREZ** was removed from the United States to Mexico.

5. Palm Beach Police Department fingerprint expert Gregory A. Parkinson conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on February 8, 2011 that is, **Jose RAMIREZ**, was the same person previously removed from the United States on or about January 24, 2008. Your affiant also has reviewed the photograph of **Jose RAMIREZ** that appears in the A-file and has compared it with the booking photograph of the person encountered on February 8, 2011, and has confirmed that they are the same person.

6. On or about February 16, 2011, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A88 088 528 for the alien identified as **Jose RAMIREZ,** verifying that, after a diligent search, no record was found to exist indicating that **Jose RAMIREZ** had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

7. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about February 8, 2011, **Jose RAMIREZ** an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this _4_ day of March, 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 11-8072-LRJ

IN RE: COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes _____ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes _____ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY
By: _s/ A. Lothrop Morris_
LOTHROP MORRIS
Assistant United States Attorney
Florida Bar No. 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711